**SUBT**
ANTHONY P. SGRO, ESQ.
Nevada Bar Number 3811
COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
BENJAMIN B. GORDON, ESQ.
Nevada Bar No. 15552
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, NV 89102
Phone: (702) 384-9800
Fax: (702) 665-4120
tsgro@sgroandroger.com
csavage@sgroandroger.com
bgordon@sgroandroger.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| XIUYAN YANG,<br><br>Plaintiff,<br><br>vs.<br><br>JANET SU, PETER SU, HELEN ZOU, DOE DEFENDANTS I-X INCLUSIVE AND ROE CORPORATIONS 1-10, INCLUSIVE,<br><br>Defendants. | Case Number: 2:26-cv-01204-JCM-EJY |

///

///

///

///

///

///

///



Doc ID: 5a2f81b24172e7a78769eddad8a7fe3c9c1b72c5

**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS OF RECORD FOR DEFENDANTS**

Pursuant to Local Rule IA 11-6 of the Local Rules of Practice for the United States District Court for the District of Nevada, Defendants JANET SU, PETER SU, and HELEN ZOU, together with their withdrawing and incoming counsel, hereby stipulate to the substitution of counsel set forth below, subject to the approval of this Court.

We, JANET SU, PETER SU, and HELEN ZOU, hereby consent to the substitution of ANTHONY P. SGRO, ESQ., COLLEEN N. SAVAGE, ESQ., and BENJAMIN B. GORDON, ESQ. of SGRO & ROGER as our attorneys of record in the above-entitled matter, in the place and stead of DOREEN SPEARS HARTWELL, ESQ. of HARTWELL THALACKER, LTD.

DATED this 19th day of October, 2026.

Janet Su
JANET SU

PETER SU

helen zou
HELEN ZOU

///

///

///

///

///

///

///



Doc ID: 5a2f81b24172e7a78769eddad8a7fe3c9c1b72c5

I, DOREEN SPEARS HARTWELL, ESQ., consent to the foregoing substitution.

DATED this 19th day of October, 2026.

**HARTWELL THALACKER, LTD.**

/s/

DOREEN SPEARS HARTWELL, ESQ.
Nevada Bar Number 7525
11920 Southern Highlands Pkwy, Ste 201
Las Vegas, Nevada 89141
Withdrawing Attorney for Defendants

ANTHONY P. SGRO, ESQ., COLLEEN N. SAVAGE, ESQ., and BENJAMIN B. GORDON, ESQ., are duly admitted to practice before this Court and consent to the foregoing substitution. In accordance with Local Rule IA 11-6(c), by executing this Stipulation incoming counsel expressly accept all dates then set for pretrial proceedings, discovery, trial, and hearings by the operative discovery plan and any order of this Court. This substitution is not sought for purposes of delay and will not result in any delay of discovery, the trial, or any hearing in this case.

DATED this 19th day of October 2026.

**SGRO & ROGER**

*/s/ Colleen Savage*

ANTHONY P. SGRO, ESQ.
Nevada Bar Number 3811
COLLEEN N. SAVAGE, ESQ.
Nevada Bar No. 14947
BENJAMIN B. GORDON, ESQ.
Nevada Bar No. 15552
2901 El Camino Avenue, Suite 204
Las Vegas, NV 89102



Doc ID: 5a2f81b24172e7a78769eddad8a7fe3c9c1b72c5

IT IS SO ORDERED pursuant to the foregoing Stipulation for Substitution of Attorneys of Record for Defendants.

UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026



Doc ID: 5a2f81b24172e7a78769eddad8a7fe3c9c1b72c5